UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**NIKOLE O.[1],**

    **Plaintiff,**

    v.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

Case No. 2:22-cv-2330
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on October 1, 2014.  (ECF No. 11.)  The time for filing objections has passed, and no objections have been filed.  Therefore, the Court **ADOPTS** the Report and Recommendation.  For the reasons set forth in the Report and Recommendation, the decision of the Commissioner is **REVERSED,** and this action is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

    **IT IS SO ORDERED.**


**5/1/2023**                                                  **s/Edmund A. Sargus, Jr.**
**DATE**                                                    **EDMUND A. SARGUS, JR.**
                                                                  **UNITED STATES DISTRICT JUDGE**

---

[1] Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.