**UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**NIKOLE O.**[1],

    Plaintiff,

v.

**COMMISSIONER OF
SOCIAL SECURITY,**

    Defendant.

Case No. 2:22-cv-2330
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Elizabeth P. Deavers**

**ORDER**

This matter is before the Court on the parties' Joint Motion for Attorney Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  (ECF No. 15.) The Court hereby **GRANTS** the parties' joint motion and awards Plaintiff EAJA fees of $5,552.21 and costs of $402.00, for a total award of $5,954.21.  After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to an EAJA assignment duly signed by Plaintiff.

    **IT IS SO ORDERED.**

**11/2/2023**                                      **s/Edmund A. Sargus, Jr.**
**DATE**                                            **EDMUND A. SARGUS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**

---

[1] Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.